Joseph G. Keidel, and Katherine V. Keidel, plaintiffs in error, v. H. W. Cooper, Jr., defendant in error.    Gen. No. 26,667.

Action for forcible detainer.    Judgment on an instructed verdict for defendant.    Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding.    Heard in this court at the March term, 1921.    Affirmed.    Opinion filed December 19, 1921.

Charles P. Molthrop and Joseph Berger, for plaintiffs in error. William J. Pringle, Edwin Terwilliger, Jr. and Henry E. Pieruccini, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

A. H. Breese, appellee, v. Frank Barrow et al., appellants.    Gen. No. 26,695.

Suit to have certain corporate stock released and surrendered, assignments thereof set aside, certain defendants enjoined from pretending to be stockholders and acting as officers of the corporation and other relief.    Decree for complainant.    Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in this court at the March term, 1921.    Affirmed.    Opinion filed December 19, 1921.

P. F. Murray and John T. Murray, for appellants.    John W. Creekmur and Donald J. De Wolfe, for appellee; John L. Hopkins and Earl J. Smith, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

M. J. Barnicle and John Barnicle, trading as Barnicle Brothers, plaintiffs in error, v. Simon Fish, defendant in error.    Gen. No. 26,740.

Action for slander.    Cause dismissed for failure of plaintiffs to comply with an order to file an amended declaration.    Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding.    Heard in this court at the March term, 1921.    Reversed and remanded.    Opinion filed December 19, 1921.

Thomas J. O'Hare, for plaintiffs in error.    D'Ancona & Pflaum, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.